IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEONTE WALKER,

    Plaintiff,

v.                                CASE NO.: 4:09cv322-SPM/WCS

DILLARD'S INC.,

    Defendant.
_____/

## **ORDER OF DISMISSAL**

Pursuant to Plaintiff's Notice of Resolution (doc. 11) advising that this case has settled, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 25th day of February, 2010.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        Chief United States District Judge